# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| HH Liquidation, LLC | : | Case No.: 15-11874 (KG) |
| | : | |
| Debtor. | : | |
| | : | |
| The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, et al., | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Peet's Coffee & Tea, LLC | : | Adv. Proc. No.: 17-51172 (KG) |
| Real Soda In Real Bottles, Ltd. | : | Adv. Proc. No.: 17-51165 (KG) |
| Superior Electrical, Mechanical & Plumbing Inc. | : | Adv. Proc. No.: 17-51148 (KG) |
| | : | |
| Defendants. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides report regarding the status of the pending mediations.

    _____    Mediation sessions are scheduled to occur on _____ .

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER: The Mediator has been informed by counsel for the above captioned plaintiff that a motion to dismiss the bankruptcy cases for the debtors that made alleged preferential payments has been filed. If an order is entered dismissing the bankruptcy cases, the above-mentioned adversaries will be closed. Should the bankruptcy cases not be dismissed, the Mediator will recommence efforts to schedule mediation of the above referenced adversary proceedings

Dated: September 20, 2018               */s/ Ian Connor Bifferato*
                                                  Ian Connor Bifferato (DE #3273)
                                                  The Bifferato Firm P.A.
                                                  1007 N. Orange Street, 4th Floor
                                                  Wilmington, DE  19801